Dear Clerk of the Courts

My name is Lawrence Charles, I'm writing the Courts today concerning Case numbers:

1. 1:24-CV-00987
2. 1:24-CV-01257

The reason I'm writing the Courts today, is to have the Courts close these 2 cases. Please and thank you.



FILED

SEP – 6 2024

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

FILED
MAILROOM

SEP – 6 2024

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Respectfully Submitted

Lawrence Charles
Plaintiff
2001 Mill Road
Alexandria Virginia